IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WINSTON WILKINS,

    Petitioner,

v.                              CASE NO. 5:13-cv-66-RS-CJK

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 5). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Construed as a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, Petitioner's Motion (Doc. 1) is **DISMISSED without prejudice** and an unauthorized successive § 2255 motion.

3. The clerk is directed to close the case.

**ORDERED** on April 19, 2013.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**